IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:09-502-JFA |
|---|---|---|
| v. | ) | ORDER |
| MARVIN MANSFIELD | ) | |

Pending before this court is the defendant's motion under 28 U.S.C. § 2255 to vacate, correct, or set aside the judgment in his case. Shortly after the government filed its motion for summary judgment, the court stayed a ruling on the § 2255 motion pending decisions in two United States Supreme Court cases which might assist the court in deciding the issue presented in the defendant's § 2255 motion.

The defendant had previously moved the court for a copy of his sentencing hearing transcript so that he could properly respond to the government's motion for summary judgment. For good cause shown, the defendant's motion is granted (ECF No. 1054). The Clerk is directed to forward a copy of this order to the court reporter for transcription of the sentencing proceedings on February 25, 2011. After the transcript is completed and filed, the Clerk is authorized to forward a copy to the defendant.

The government is requested to apprise the court when the Supreme Court issues its decisions in *Edward Dorsey, Sr. v. United States*, Docket No. 11-5683 and *Corey A. Hill v. United States*, Docket No. 11-5721, so that this court may notify the defendant of the

1

deadline for his response to the government's motion for summary judgment.

IT IS SO ORDERED.

February 27, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge